| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| 2 | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)<br>SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com) |
| 3 | 2029 Century Park East, Suite 1600<br>Los Angeles, CA 90067 |
| 4 | Telephone:   (424) 652-7814<br>Facsimile:    (424) 652-7850 |
| 5 | COOLEY LLP |
| 6 | PATRICK E. GIBBS (183174) (pgibbs@cooley.com)<br>JEFFREY M. KABAN (235743) (jkaban@cooley.com) |
| 7 | 3175 Hanover Street<br>Palo Alto, CA  94304-1130 |
| 8 | Telephone:   (650) 843-5355<br>Facsimile:    (650) 618-0387 |
| 9 | COOLEY LLP |
| 10 | DANIEL L. SACHS (294478) (dsachs@cooley.com)<br>1299 Pennsylvania Ave. NW Suite 700<br>Washington, DC 20004 |
| 11 | Telephone:   (202) 728-7114<br>Facsimile:    (202) 842-7899 |
| 12 | *Counsel for Defendant Dynamic Ledger* |
| 13 | *Solutions, Inc., a Delaware Corporation* |
| 14 | Attorneys for Defendant<br>DYNAMIC LEDGER SOLUTIONS, INC., |
| 15 |   a Delaware Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, THE TEZOS FOUNDATION, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100 inclusive,<br><br>Defendant. | Case No.  3:17-cv-06850<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT PURSUANT TO CIVIL L. R. 6-1(A)**<br><br>Judge:  Hon. Edward M. Chen |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

155794238 v1

1.

**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
**CASE NO. 3:17-CV-06850**

Defendant Dynamic Ledger Solutions, Inc. ("DLS") and plaintiff Andrew Baker ("Baker") (collectively, the "Appearing Parties") stipulate pursuant to Civil L. R. 6-1(a) to extend the time for DLS to respond to the putative class action complaint (the "Baker Complaint") filed in the above-captioned action (the "Instant Action") as follows:

WHEREAS, on October 25, 2017, Baker filed the Baker Complaint in the California Superior Court for the County of San Francisco (No. CGC-17-562144) alleging that DLS and other defendants, among other things, violated Sections 5 and 17(a) of the Securities Act of 1933, 15 U.S.C. § 77a *et seq*. (the "Securities Act").

WHEREAS, on November 26, 2017, plaintiff GGCC, LLC, filed a putative class action complaint in the Northern District of California (the "GGCC Action") alleging violations of the Securities Act based on the same transaction or occurrence as that described in the Baker Complaint. (No. 3:17-cv-06779) (N.D. Cal.). The GGCC Action has been assigned to the Honorable Richard Seeborg.

WHEREAS, on November 28, 2017, plaintiff Andrew Okusko filed a putative class action complaint in the Northern District of California (the "Okusko Action") alleging violations of the Securities Act based on the same transaction or occurrence as that described in the Baker and GGCC Actions. (No. 3:17-cv-06829) (N.D. Cal.). The Okusko Action has been assigned to the Honorable Susan Illston.

WHEREAS, on November 29, 2017, DLS filed a Notice of Removal ("Notice") of the Instant Action in this Court. The Notice identified the GGCC and Okusko Actions as related to the Instant Action.

WHEREAS, Securities Act claims brought as class actions pursuant to the Federal Rules of Civil Procedure are subject to the lead plaintiff provisions of the Private Securities Litigation Reform Act ("PSLRA"). *See* 15 U.S.C. § 77z-1. Such provisions, among other things, permit any prospective lead plaintiff to file an application for lead plaintiff within 60 days after a notice to prospective plaintiffs has been published, and direct courts to appoint a lead plaintiff and lead counsel for such actions within 90 days after such notice has been published. 15 U.S.C. § 77z-1(a)(3)(A)-(B).

WHEREAS, the PSLRA states that in the event that more than one class action has been filed

Cooley LLP
Attorneys At Law
Palo Alto

155794238 v1

2.

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:17-CV-06850

1  "asserting substantially the same claim or claims" and any party moves to consolidate the actions, the Court must decide any motion to consolidate such action before selecting lead counsel. 15 U.S.C. § 77z-1(a)(3)(B)(ii).

WHEREAS, DLS anticipates moving to consolidate the GGCC, Okusko, and Instant Actions to the extent such actions remain in this Court.

WHEREAS, Baker anticipates filing in this court a timely motion to remand the Instant Action.

WHEREAS, in light of Baker's anticipated motion to remand, the Appearing Parties met and conferred and agree that, to avoid the time and expense of premature, inefficient, and unnecessary motion practice, the deadline for the filing of an answer or motion to dismiss should be extended until after this Court's ruling on the anticipated motion to remand.

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by order of this Court.

NOW, THEREFORE, the Appearing Parties, hereby stipulate as follows:

DLS shall not be required to move or otherwise respond to the Baker Complaint filed in the Instant Action until 30 days after the Court rules on Baker's anticipated motion to remand. Pursuant to Civil L. R. 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the Court.

**IT IS SO STIPULATED.**

Dated: November 30, 2017

**TAYLOR-COPELAND LAW**

   */s/ James Q. Taylor-Copeland*
   James Q. Taylor-Copeland (284743)

*Counsel for Plaintiff Andrew Baker*

BAKER MARQUART

   */s/ Brian E. Klein*
   Brian E. Klein (258486)

**COOLEY LLP**

   */s/ Patrick E. Gibbs*
   Patrick E. Gibbs (183174)

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.,
  a Delaware Corporation

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

155794238 v1

3.

JOINT STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:17-CV-06850

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated:  November 30, 2017             COOLEY LLP

                                                            */s/ Patrick E. Gibbs*
                                                            Patrick E. Gibbs

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

155794238 v1                                  4.

JOINT STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:17-CV-06850

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304-1130. On the date set forth below I served the documents described below in the manner described below:

**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT PURSUANT TO CIVIL L. R. 6-1(a)**

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

James Q. Tayler-Copeland
501 W. Broadway, Suite 800
San Diego, CA  92102

Attorney for Plaintiff
Andrew Baker

Executed on November 30, 2017, at Palo Alto, California.

Brandie Giovannoni