UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW BAKER,

        Plaintiff,

   v.

DYNAMIC LEDGER SOLUTIONS, INC.,
et al.,

        Defendants.

Case No.  17-cv-06850-EMC

**SUA SPONTE JUDICIAL REFERRAL
FOR PURPOSES OF DETERMINING
RELATIONSHIP OF CASES**

      Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Richard Seeborg to determine whether it is related to Case No. C17-6779 RS GGCC, LLC v. Dynamic Leger Solutions, Inc., et al.

      **IT IS SO ORDERED.**

Dated:  December 1, 2017

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California