| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com) |
| 2 | SCOTT M. MALZAHN (229204) |
| | (smalzahn@bakermarquart.com) |
| 3 | 2029 Century Park East, Suite 1600 |
| | Los Angeles, CA 90067 |
| 4 | Telephone: (424) 652-7814 |
| | Facsimile: (424) 652-7850 |
| 5 | |
| | COOLEY LLP |
| 6 | PATRICK E. GIBBS (183174) (pgibbs@cooley.com) |
| | JEFFREY M. KABAN (235743) (jkaban@cooley.com) |
| 7 | SAMANTHA A. KIRBY (307917) (skirby@cooley.com) |
| | 3175 Hanover Street |
| 8 | Palo Alto, CA  94304-1130 |
| | Telephone:    (650) 843-5000 |
| 9 | Facsimile:    (650) 849-7400 |
| 10 | DANIEL L. SACHS (294478) (dsachs@cooley.com) |
| | 1299 Pennsylvania Ave. NW Suite 700 |
| 11 | Washington, DC 20004 |
| | Telephone: (202) 728-7114 |
| 12 | Facsimile: (202) 842-7899 |
| 13 | Attorneys for Defendant |
| | DYNAMIC LEDGER SOLUTIONS, INC., a |
| 14 | Delaware corporation. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW BAKER, individually and on behalf of all others similarly situated, | Case No.  3:17-cv-06850-RS |
| Plaintiff, | **NOTICE OF APPEARANCE OF PATRICK E. GIBBS ON BEHALF OF DEFENDANT DYNAMIC LEDGER SOLUTIONS, INC.** |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, THE TEZOS FOUNDATION, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100, inclusive, | Judge:    Hon. Richard Seeborg |
| Defendants. | |

**PLEASE TAKE NOTICE** that Patrick E. Gibbs of the law firm Cooley LLP, who is registered for CM/EFC and admitted to the Northern District of California, enters his appearance as counsel of record on behalf of Dynamic Ledger Solutions, Inc. in the above-captioned matter. Effective immediately, please add Patrick E. Gibbs as an attorney to be noticed on all matters at the following address:

> Patrick E. Gibbs
> COOLEY LLP
> 3175 Hanover Street
> Palo Alto, CA  94304-1130
> Telephone:    (650) 843-5000
> Facsimile:    (650) 849-7400
>
> Email: pgibbs@cooley.com

Dated:  December 5, 2017                    COOLEY LLP


/s/ Patrick E. Gibbs
Patrick E. Gibbs (183174)
Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation