1  BAKER MARQUART LLP
   BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
2  SCOTT M. MALZAHN (229204)
   (smalzahn@bakermarquart.com)
3  2029 Century Park East, Suite 1600
   Los Angeles, CA 90067
4  Telephone: (424) 652-7814
   Facsimile: (424) 652-7850
5
   COOLEY LLP
6  PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
   JEFFREY M. KABAN (235743) (jkaban@cooley.com)
7  SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
   3175 Hanover Street
8  Palo Alto, CA  94304-1130
   Telephone:   (650) 843-5000
9  Facsimile:    (650) 849-7400

10 DANIEL L. SACHS (294478) (dsachs@cooley.com)
   1299 Pennsylvania Ave. NW Suite 700
11 Washington, DC 20004
   Telephone: (202) 728-7114
12 Facsimile: (202) 842-7899

13 Attorneys for Defendant
   DYNAMIC LEDGER SOLUTIONS, INC., a
14 Delaware corporation.

15

                  UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17
                        SAN FRANCISCO DIVISION
18

| | |
|---|---|
| ANDREW BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, THE TEZOS FOUNDATION, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  3:17-cv-06850-RS<br><br>**NOTICE OF APPEARANCE OF DANIEL L. SACHS ON BEHALF OF DEFENDANT DYNAMIC LEDGER SOLUTIONS, INC.**<br><br>Judge:    Hon. Richard Seeborg |

**PLEASE TAKE NOTICE** that Daniel L. Sachs of the law firm Cooley LLP, who is registered for CM/EFC and admitted to the Northern District of California, enters his appearance as counsel of record on behalf of Dynamic Ledger Solutions, Inc. in the above-captioned matter. Effective immediately, please add Daniel L. Sachs as an attorney to be noticed on all matters at the following address:

> Daniel L. Sachs
> COOLEY LLP
> 1299 Pennsylvania Ave. NW Suite 700
> Washington, DC 20004
> Telephone: (202) 728-7114
> Facsimile: (202) 842-7899
>
> Email: dsachs@cooley.com

Dated:  December 5, 2017                COOLEY LLP


/s/ Daniel L. Sachs
Daniel L. Sachs (294478)
Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC., a
Delaware corporation