James Q. Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
**TAYLOR-COPELAND LAW**
501 W. Broadway Suite 800
San Diego, CA 92101
Tel:   619-400-4944

Attorney for Individual and Representative
Plaintiff Andrew Baker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BAKER, individually and on behalf of all others similarly situated<br><br>                  Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, THE TEZOS FOUNDATION, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100, inclusive,<br><br>                  Defendants. | Case No. 3:17-cv-06850<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S MOTION TO REMAND**<br><br>Date:   February 8, 2018<br>Time:   1:30 p.m.<br>Crtrm:   3<br>Judge:   Hon. Edward M. Chen |

1    Plaintiff's Motion to Remand Case No. 3:17-cv-06850 to the Superior Court of the State of
2    California, County of San Francisco ("State Court") came before this court on February 8, 2018.
3    The Court has considered the moving and opposition papers, the documents submitted in support
4    thereof, arguments of counsel, and all other matters presented to the Court.  The Court concludes
5    that removal of this securities action is barred by the Securities Act of 1933 and thus **GRANTS**
6    Plaintiff's Motion to Remand to State Court.  The Clerk shall remand this case to State Court and
7    close the files in this Court

**IT IS SO ORDERED.**

Dated:__

Honorable Richard Seeborg
United States District Judge