| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com) |
| 2 | SCOTT M. MALZAHN (229204) |
| | (smalzahn@bakermarquart.com) |
| 3 | 2029 Century Park East, Suite 1600 |
| | Los Angeles, CA 90067 |
| 4 | Telephone: (424) 652-7814 |
| | Facsimile: (424) 652-7850 |
| 5 | |
| | COOLEY LLP |
| 6 | PATRICK E. GIBBS (183174) (pgibbs@cooley.com) |
| | JEFFREY M. KABAN (235743) (jkaban@cooley.com) |
| 7 | SAMANTHA A. KIRBY (307917) (skirby@cooley.com) |
| | 3175 Hanover Street |
| 8 | Palo Alto, CA  94304-1130 |
| | Telephone:   (650) 843-5000 |
| 9 | Facsimile:   (650) 849-7400 |
| | |
| 10 | DANIEL L. SACHS (294478) (dsachs@cooley.com) |
| | 1299 Pennsylvania Ave. NW Suite 700 |
| 11 | Washington, DC 20004 |
| | Telephone: (202) 728-7114 |
| 12 | Facsimile: (202) 842-7899 |
| 13 | Attorneys for Defendant |
| | DYNAMIC LEDGER SOLUTIONS, INC. |
| 14 | |

15                        UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA

17                              SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | ANDREW BAKER, individually and on behalf of all others similarly situated, | Case No.  3:17-cv-06850 |
| 19 | | |
| 20 | Plaintiff, | **DYNAMIC LEDGER SOLUTIONS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15** |
| 21 | v. | |
| 22 | DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, THE TEZOS FOUNDATION, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100, inclusive, | Judge:     Hon. Richard Seeborg |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

DLS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
CASE NO.: 3:17-CV-06850

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Draper Associates V Crypto LLC is a shareholder of Defendant Dynamic Ledger Solutions, Inc.

Dated: January 9, 2018   BAKER MARQUART

/s/ *Brian E. Klein*
Brian E. Klein (258486)

Dated: January 9, 2018   COOLEY LLP

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs (183174)

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all signatories above.

Dated: January 9, 2018

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs (183174)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

DLS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
CASE NO.: 3:17-CV-06850