1  BAKER MARQUART LLP
BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
2  SCOTT M. MALZAHN (229204)
(smalzahn@bakermarquart.com)
3  2029 Century Park East, Suite 1600
Los Angeles, CA 90067
4  Telephone: (424) 652-7814
Facsimile: (424) 652-7850
5
COOLEY LLP
6  PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
7  SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
8  Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
9  Facsimile:   (650) 849-7400

10  DANIEL L. SACHS (294478) (dsachs@cooley.com)
1299 Pennsylvania Ave. NW Suite 700
11  Washington, DC 20004
Telephone: (202) 728-7114
12  Facsimile: (202) 842-7899

13  Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.
14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18
ANDREW BAKER, individually and on            Case No.  3:17-cv-06850
19  behalf of all others similarly situated,
                                             **DYNAMIC LEDGER SOLUTIONS, INC.'S
20              Plaintiff,                    RULE 7.1 CORPORATE DISCLOSURE
                                             STATEMENT**
21        v.

22  DYNAMIC LEDGER SOLUTIONS, INC., a        Judge:    Hon. Richard Seeborg
Delaware corporation, THE TEZOS
23  FOUNDATION, a Swiss foundation,
KATHLEEN BREITMAN, an individual,
24  ARTHUR BREITMAN, an individual,
JOHANN GEVERS, an individual,
25  STRANGE BREW STRATEGIES, LLC, a
California limited liability company, and
26  DOES 1 through 100, inclusive,

27              Defendants.

28

DLS' CORPORATE DISCLOSURE STATEMENT
CASE NO.: 3:17-CV-06850

1    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dynamic Ledger Solutions, Inc.

2    ("DLS") makes the following disclosures through its undersigned counsel:

3    DLS does not have any parent corporation.  No publicly held corporation owns 10 percent or

4    more of DLS' stock.

5

6    Dated:        January 9, 2018              BAKER MARQUART

7

8                                              /s/ *Brian E. Klein*
                                               Brian E. Klein (258486)

9    Dated:        January 9, 2018              COOLEY LLP

10

11                                             /s/ *Patrick E. Gibbs*
                                               Patrick E. Gibbs (183174)

12                                             Attorneys for Defendant
                                               DYNAMIC LEDGER SOLUTIONS, INC.

13

14                            **FILER'S ATTESTATION**

15   Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests

16   that concurrence in the filing of this document has been obtained from all signatories above.

17

18   Dated:        January 9, 2018

19                                             /s/ *Patrick E. Gibbs*
                                               Patrick E. Gibbs (183174)

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.                    DLS' CORPORATE DISCLOSURE STATEMENT
                      CASE NO.: 3:17-CV-06850