James Q. Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
**TAYLOR-COPELAND LAW**
501 W. Broadway Suite 800
San Diego, CA 92101
Tel:   619-400-4944

Attorney for Individual and Representative
Plaintiff Andrew Baker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BAKER, individually and on behalf of all others similarly situated<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, THE TEZOS FOUNDATION, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 3:17-cv-06850<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S MOTION TO REMAND**<br><br>Date:   April 26, 2018<br>Time:   1:30 p.m.<br>Crtrm:   3<br>Judge:   Hon. Richard Seeborg |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff's Motion to Remand Case No. 3:17-cv-06850 to the Superior Court of the State of California, County of San Francisco ("State Court") came before this court on April 26, 2018. The Court has considered the moving and opposition papers, the documents submitted in support thereof, arguments of counsel, and all other matters presented to the Court.  The Court concludes that removal of this securities action is barred by the Securities Act of 1933 and thus **GRANTS** Plaintiff's Motion to Remand to State Court.  The Clerk shall remand this case to State Court and close the files in this Court

**IT IS SO ORDERED.**

Dated:__

Honorable Richard Seeborg
United States District Judge