BAKER MARQUART LLP
BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7814
Facsimile: (424) 652-7850

COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

DANIEL L. SACHS (294478) (dsachs@cooley.com)
1299 Pennsylvania Ave. NW Suite 700
Washington, DC 20004
Telephone: (202) 728-7114
Facsimile: (202) 842-7899

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC., a
Delaware corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, THE TEZOS FOUNDATION, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  3:17-cv-06850-RS<br><br>**DYNAMIC LEDGER SOLUTIONS, INC.'S NON-OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Judge:        Hon. Richard Seeborg<br>Date:         April 26, 2018<br>Time:         1:30 p.m.<br>Courtroom:  3, 17th Floor |

In light of the Supreme Court's decision in *Cyan, Inc. v. Beaver County Employees Retirement Fund*, No. 15-1439, ___ S. Ct. ____, 2018 WL 1384564 (Mar. 20, 2018), Dynamic Ledger Solutions, Inc. ("DLS") does not oppose Plaintiff's Motion to Remand (Dkt. 21).

Dated:  April 3, 2018                                             **COOLEY LLP**

                                                                                          */s/ Patrick E. Gibbs*
                                                                                     Patrick E. Gibbs (183174)

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

**BAKER MARQUART LLP**

                                                                                          */s/ Brian E. Klein*
                                                                                     Brian E. Klein (258486)

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated:  April 3, 2018                                             COOLEY LLP

                                                                                          */s/ Patrick E. Gibbs*
                                                                                     Patrick E. Gibbs