# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Baker<br><br>Plaintiff(s)<br><br>v.<br><br>Dynamic Ledger Solutions, Inc. et al<br><br>Defendant(s) | Case No. C 3:17-cv-06850<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: April 5, 2018     Signed: *Arthur Breitman* for Dynamic Ledger Solutions, Inc.
                                                  Party

Date: April 5, 2018     Signed: *Scott Malzahn* Scott Malzahn
                                                 Attorney  Baker Marquart
                                                                Counsel for Dynamic Ledger Solutions, Inc.