UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
415-522-2000

May 23, 2018

San Francisco County Superior Court
Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102

**RE:  Andrew Baker, et al. v.  Dynamic Ledger Solutions, Inc., et al.**
      **17-cv-06850-RS**

   **Your Case Number:  CGC-17-562144**

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (**X**)   Certified copies of docket entries

   (**X**)   Certified copies of Remand Order

   ( )    Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                                           Sincerely,

                                           Susan Y. Soong, Clerk

                                           _____
                                           by:  Gina Agustine
                                           Case Systems Administrator
                                           (415) 522-2087