**FILED**

JUN X 4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov



Susan Y. Soong
Clerk of Court

General Court Number
415-522-2000

May 23, 2018

San Francisco County Superior Court
Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102

**RE: Andrew Baker, et al. v. Dynamic Ledger Solutions, Inc., et al.**
    **17-cv-06850-RS**

   **Your Case Number: CGC-17-562144**

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (X)   Certified copies of docket entries

   (X)   Certified copies of Remand Order

   ( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

by: Gina Agustine
Case Systems Administrator
(415) 522-2087